**Bradley J. Jameson (213052)**
*(bjameson@psalaw.net)*
**A member of PHILLIPS, SPALLAS & ANGSTADT LLP**
505 Sansome Street, 6th Floor
San Francisco, CA 94111
Telephone (415) 278-9400
Facsimile (415) 278-9411

Attorneys for Plaintiffs
FRANK WANG, individually and as Trustee
of the WANG FAMILY TRUST, LAURA YOUNG,
individually and as Trustee of the WANG FAMILY TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIS WANG, individually and as Trustee of the WFT-TNG, a California Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993,<br><br>Defendant. | Case No.: 3:19-cv-00907-EDL<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

TO THE COURT, AND TO ALL PARTIES AND COUNSEL OF RECORD:

The undersigned is counsel of record for Plaintiff FRANCIS WANG, individually and as Trustee of the WFT-TNG, a California Trust; and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties and Laura Wang, co-trustee of the WFT-TNG, a California Trust, there is no such interest to report.

DATED: March 15, 2019          **PHILLIPS, SPALLAS & ANGSTADT LLP**

By:    /s/ Bradley J. Jameson
       Bradley J. Jameson, counsel for
       FRANCIS WANG, individually and as
       Trustee of the WFT-TNG, a California Trust

---

**1**
**CERTIFICATION OF INTERESTED PARTIES**