1   CLARK HILL LLP
    Timothy M. Flaherty (SBN 99666)
2   TFlaherty@ClarkHill.com
    Melissa M. Palozola (SBN 278858)
3   MPalozola@ClarkHill.com
    One Embarcadero Center, Suite 400
4   San Francisco, CA 94111
    Telephone:   (415) 984-8500
5   Facsimile:   (415) 984-8599

6   Attorneys for Defendant,
    Martha Kongsgaard individually and as Trustee of the
7   Martha Kongsgaard GST Exempt Trust U/T/A
    Dated October 21, 1993

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11

12  FRANCIS WANG, individually and as Trustee    Case No. 3:19-cv-00907 EDL
    of WFT-TNG, a California Trust,
13                                               **STIPULATION FOR EXTENSION OF
                                 Plaintiff,      TIME TO RESPOND TO COMPLAINT
14                                               ( CIVIL LOCAL RULE 6-1(B))**
         v.
15
    MARTHA KONGSGAARD, individually and
16  as Trustee of The Martha Kongsgaard GST
    Exempt Trust U/T/A dated October 21, 1993,
17
                                 Defendant.
18

19
         WHEREAS  Francis Wang, individually and as Trustee of WFT-TNG, A California Trust
20
    ("Plaintiff") and Martha Kongsgaard, individually and as Trustee of the Martha Kongsgaard
21
    GST Exempt Trust U/T/A dated October 21,1983 ("Defendant"), through their counsel of record
22
    file this Stipulation for Extension of Time to Respond to Complaint  and in support state as
23
    follows:
24
         1.  This action was filed on February 21, 2019, and Defendant was served on
25
             February 27, 2019;
26
         2.  On February 15, 2019,  Defendant' filed an action against Plaintiff in California
27
             State Superior Court, County of Napa, Case Number 19CV000286, entitled
28

                                              1                CASE NO.:  3:19-CV-00907 EDL

Martha Kongsgaard v. Francis Wang, individually and as Trustee of the WFT-TNG Trust, et al. based on the same set of facts and real property dispute which is the subject of this action,

3. Plaintiff and Defendant wish to extend the deadline for Defendant to respond to the Complaint in the instant action to allow the parties time to discuss settlement of this action and the previously filed state court action; and

4. Neither party will be prejudiced by this extension, and it will not alter the date of any event or deadline already fixed by court order.

WHEREFORE, Plaintiff and Defendant hereby Stipulate to extend the deadline for Defendant to file her response to the Complaint in the instant action to April 19, 2019.

Dated:    March 18, 2019                    PHILLIPS SPALLAS & ANGSTADT LLP


                                            By:_____/s/ Bradley Jameson_____
                                                     BRADLEY JAMESON

                                            Attorney for Plaintiff,
                                            Francis Wang


Dated:    March 18, 2019                    CLARK HILL LLP


                                            By:_____/s/ Timothy M. Flaherty_____
                                                     Timothy M. Flaherty
                                                     Melissa M. Palozola

                                            Attorneys for Defendant,
                                            Martha Kongsgaard individually and as Trustee of the
                                            Martha Kongsgaard GST Exempt Trust U/T/A
                                            Dated October 21, 1993