CLARK HILL LLP
Timothy M. Flaherty (SBN 99666)
TFlaherty@ClarkHill.com
Melissa M. Palozola (SBN 278858)
MPalozola@ClarkHill.com
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:   (415) 984-8500
Facsimile:    (415) 984-8599

Attorneys for Defendant,
Martha Kongsgaard individually and as Trustee of the
Martha Kongsgaard GST Exempt Trust U/T/A
Dated October 21, 1993

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust, <br><br>Plaintiff, <br><br>v. <br><br>MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993, <br><br>Defendant. | Case No. 3:19-cv-00907 EDL <br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT ( CIVIL LOCAL RULE 6-1(B))** |
|---|---|

WHEREAS  Francis Wang, individually and as Trustee of WFT-TNG, A California Trust ("Plaintiff") and Martha Kongsgaard, individually and as Trustee of the Martha Kongsgaard GST Exempt Trust U/T/A dated October 21,1983 ("Defendant"), through their counsel of record file this Stipulation for Extension of Time to Respond to Complaint and in support state as follows:

    1. This action was filed on February 21, 2019, and Defendant was served on February 27, 2019;

    2. On February 15, 2019,  Defendant' filed an action against Plaintiff in California State Superior Court, County of Napa, Case Number 19CV000286, entitled

Martha Kongsgaard v. Francis Wang, individually and as Trustee of the WFT-TNG Trust, et al. based on the same set of facts and real property dispute which is the subject of this action,

3. Plaintiff and Defendant have agreed to mediate this matter before Hon. W. Scott Snowden (Ret.) at a date to be determined; and

4. Neither party will be prejudiced by this extension, and it will not alter the date of any event or deadline already fixed by court order.

WHEREFORE, Plaintiff and Defendant hereby Stipulate to extend the deadline for Defendant to file her response to the Complaint in the instant action to April 23, 2019.

Dated: April 18, 2019          PHILLIPS SPALLAS & ANGSTADT LLP


By:     /s/Bradley Jameson
            Bradley Jameson

Attorney for Plaintiff,
Francis Wang


Dated: April 18, 2019          CLARK HILL LLP


By:    /s/Timothy M. Flaherty
            Timothy M. Flaherty
            Melissa M. Palozola

Attorneys for Defendant,
Martha Kongsgaard individually and as Trustee of the Martha Kongsgaard GST Exempt Trust U/T/A Dated October 21, 1993