```
CLARK HILL LLP
Timothy M. Flaherty (SBN 99666)
TFlaherty@ClarkHill.com
Melissa M. Palozola (SBN 278858)
MPalozola@ClarkHill.com
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:    (415) 984-8500
Facsimile:    (415) 984-8599

Attorneys for Defendant,
Martha Kongsgaard individually and as Trustee of the
Martha Kongsgaard GST Exempt Trust U/T/A
Dated October 21, 1993
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993,<br><br>Defendant. | Case No. 3:19-cv-00907 EDL<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE FOR STAY OF PROCEEDINGS AND FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE.**<br><br>**(Civil Local Rules 6-1(b), 7-12)**<br><br>**Current Hearing Date: June 25, 2019**<br>**Time: 9:00 a.m.**<br>**Courtroom E, 15th floor**<br>**Magistrate Judge Elizabeth D. Laporte** |

WHEREAS Francis Wang, individually and as Trustee of WFT-TNG, a California Trust ("Plaintiff") and Martha Kongsgaard, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1983 ("Defendant"), through their counsel of record, file this Stipulated Request for Order Changing Time for Hearing on Defendant's Motion to Dismiss or, in the alternative, Stay Proceedings and in support state as follows:

1. The parties respectfully request that this Court hear Defendant's Motion to Dismiss or, in the alternative, Stay Proceedings on **May 14, 2019**. The parties request that Plaintiff's Opposition be filed on May 3, 2019, and that Defendant's Reply be filed on May 8, 2019;

2. The Parties further respectfully request that this Court continue the Case Management Conference currently set for May 14, 2019, to **June 25, 2019** and that all related deadlines be tied to the new hearing date; and

3. The Parties further state that neither party will be prejudiced by this extension.

WHEREFORE, Plaintiff and Defendant hereby stipulate as follows: (1) Defendant's Motion to Dismiss or, in the alternative, Stay Proceedings hearing procced on May 14, 2019; (2) Plaintiff's opposition be filed on May 3, 2019; (3) Defendant's reply be filed on May 8, 2019; and (4) the Case Management Conference be continued to June 25, 2019, and that all related deadlines be tied to the new hearing date.

IT IS SO STIPULATED.

Dated:   April 25, 2019               PHILLIPS SPALLAS & ANGSTADT LLP


By:_____/s/Bradley Jameson_____
          Bradley Jameson

Attorney for Plaintiff,
Francis Wang individually and as Trustee of WFT-TNG, a California Trust

| | |
|---|---|
| Dated: April 26, 2019 | CLARK HILL LLP |
| | By: /s/Timothy M. Flaherty |
| | Timothy M. Flaherty |
| | Melissa M. Palozola |
| | Attorneys for Defendant, Martha Kongsgaard individually and as Trustee of the Martha Kongsgaard GST Exempt Trust U/T/A Dated October 21, 1993 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 26, 2019

Elizabeth D. Laporte
Magistrate Judge of the United States District Court

3                                   CASE NO.: 3:19-CV-00907 EDL

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING ON DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE STAY OF PROCEEDINGS

ClarkHill\95723\337046\221535497.v1-4/26/19