1  GREGORY J. RYKEN, ESQ. (SBN 058199)
   CHRISTOPHER A. NEDEAU, ESQ. (SBN 081297)
2  LAW OFFICES OF GREGORY J. RYKEN
3  750 Battery Street, Seventh Floor
   San Francisco, California 94111
4  Telephone: (415) 524-0070
   *Attorneys for PLAINTIFF*
5  *FRANCIS WANG, individually and as*
   *Trustee of WFT-TNF, a California Trust*
6
7  TIMOTHY M. FLAHERTY, ESQ. (SBN 99666)
   MELISSA M. PALOZOLA, ESQ. (SBN 278858)
8  One Embarcadero Center, Suite 400
   San Francisco, CA 94111
9  Telephone: (415) 984-8500
   *Attorneys for DEFENDANT Martha Kongsgaard*
10 *individually and as Trustee of The Martha*
   *Kongsgaard GST Exempt Trust U/T/A Dated*
11 *October 21, 1993*
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust, | Case No. 3:19-cv-00907 |
| Plaintiff(s), | **JOINT STATUS REPORT** |
| v. | |
| MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993, | |
| Defendant(s). | |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT pursuant to this Court's May 15, 2019 order staying the action and the August 19, 2020, order requesting a joint status report.

The parties continue to litigate the state court proceedings in Napa County Superior Court. *See Kongsgaard v. Wang*, Case No. 19CV000286. The case presently is in the discovery phase, which has been interrupted by the COVID-19 crisis. The parties have served and responded to a first set of requests for admissions, form interrogatories, special interrogatories, and demands for inspection of documents.  Discovery disputes have arisen, and discovery motion practice is underway in the state court.  Plaintiffs have also engaged in third party discovery and depositions of third-party witnesses have been taken. Party depositions have not begun.  Defendant has requested Plaintiffs to provide dates to schedule Plaintiffs depositions and is waiting for Plaintiffs to provide available dates.

The Napa County Superior Court Case is set for trial on March 22, 2021, and the parties anticipate that the matter will conclude in state court and obviate the need to litigate in this court.

Dated:  September 1, 2020                              By:

/s/ Christopher A. Nedeau
Christopher A. Nedeau
Counsel for Plaintiff


Dated:  September 1, 2020                              By:

/s/ Timothy M. Flaherty
Timothy M. Flaherty
Counsel for Defendant