GREGORY J. RYKEN, ESQ. (SBN 058199)
CHRISTOPHER A. NEDEAU, ESQ. (SBN 081297)
LAW OFFICES OF GREGORY J. RYKEN
750 Battery Street, Seventh Floor
San Francisco, California 94111
Telephone: (415) 524-0070
*Attorneys for PLAINTIFF*
*FRANCIS WANG, individually and as*
*Trustee of WFT-TNF, a California Trust*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust,<br><br>Plaintiff(s),<br><br>v.<br><br>MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993,<br><br>Defendant(s). | Case No. 3:19-cv-00907-AGT<br><br>**DECLARATION OF CHRISTOPHER A. NEDEAU IN SUPPORT OF MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND TO TERMINATE STAY OF PROCEEDINGS**<br><br>Hearing Date: November 6, 2020<br>Time: 10:00 a.m.<br>Courtroom: A, 15th Floor<br>Judge: Hon. Alex G. Tse |

I, Christopher A. Nedeau, declare as follows:

1. I am counsel for plaintiff Francis Wang in the above-captioned case. I make this declaration in support of the Motion for Leave to Amend and Supplement Complaint and to Terminate Stay of Proceedings. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. I also have acted as counsel for plaintiff Francis Wang and his wife and proposed plaintiff Laura Young in *Kongsgaard v. Wang*, Case No. 19CV000286, filed in Napa County Superior Court. Defendant Martha Kongsgaard filed that case against Wang and Young seeking to quiet title, and for injunctive and declaratory relief arising from improvements made by Wang and Young on approximately 2.5 acres of her 550 Stonecrest Drive property.

3. Through discovery in the state court case and investigation related to that case, Wang and Young have learned of facts that support federal causes of action for civil rights violations against him and Young by defendant Martha Kongsgaard, and proposed defendants Peter Goldman, Al Czap and Brian Peletta.

4. Discovery produced in July 2019, included emails which showed racial animus and malice towards Wang and Young who are Americans of Asian descent. The emails included a presentation to local government officials in which Peletta referred to a wall erected to stabilize the hillside on Wang's property as the "*Great Wall of Wang*." Also included were emails copied to Martha Kongsgaard and Peter Goldman in which Peletta and Czap used defamatory racial slurs characterizing Wang and Young as "*Chinese Mafia*", to which Martha Kongsgaard replied: "*Don't get yourself killed*". This and other state court discovery revealed what was previously concealed from Wang and Young: that all four proposed defendants have been working together to oust Wang and Young from the neighborhood with expressed racial animus motivating their efforts.

5. Discovery in the state court proceeding is ongoing, and additional facts supporting the causes of action for civil rights violations that Wang seeks to add to his complaint may come to light. The depositions of Martha Kongsgaard, Peter Goldman and Brian Peletta have recently been taken and the deposition of Al Czap is scheduled for October 9, 2020.

6. Attached hereto as Exhibit A is a true and correct copy of the First Amended Complaint plaintiff Wang moves to file on behalf of himself and his wife Laura Young.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September 2020 in San Francisco, CA.

/s/
Christopher Nedeau