Timothy M. Flaherty (SBN 99666)
Melissa M. Palozola (SBN 278858)
CLARK HILL LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111
Telephone:     (415) 984-8500
Facsimile:       (415) 984-8599
Email:  tflaherty@ClarkHill.com
Email:  mpalozola@ClarkHill.com

Attorneys for Defendant,
Martha Kongsgaard individually and as Trustee of the
Martha Kongsgaard GST Exempt Trust U/T/A
Dated October 21, 1993

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust,<br><br>Plaintiff,<br><br>v.<br><br>MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993,<br><br>Defendant. | Case No. 3:19-cv-00907 AGT<br><br>**REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS IN SUPPORT OF DEFENDANT MARTHA KONGSGAARD'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO MANED AND SUPPLEMENT COMPLAINT AND TO TERMINATE STAY OF PROCEEDING**<br><br>DATE: NOVEMBER 6, 2020<br>TIME: 10:00 A.M.<br>COURTROOM: A<br>MAGISTRATE JUDGE:  ALEX TSE |

Pursuant to Federal Rules of Evidence, Rule 201, Defendant Martha Kongsgaard, individually and as Trustee of the Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993, respectfully requests that in support of her Opposition to Plaintiff's Motion for Leave to Supplement Complaint, the Court take judicial notice of the following:

1. The Complaint filed by Plaintiff Martha Kongsgaard in the Napa County Superior Court Case No. 19CV000286, on February 15, 2019, entitled *Martha Kongsgaard v. Francis Wang, et al.* A true and correct copy of the Complaint is attached as **Exhibit A.**

///

2. The Complaint filed by Plaintiff Francis Wang in the instant action which was filed on February 19, 2019, entitled *Francis Wang, v. Martha Kongsgaard*. A true and correct copy of the Complaint is attached as **Exhibit B.**

3. Defendant Martha Kongsgaard's moving papers with respect to her Motion to Dismiss or, alternatively Stay, the instance action. A true and correct copy of which is attached as **Exhibit C.**

4. This Court's May 15, 2019, Order staying the instant action. A true and correct copy of the Complaint is attached as **Exhibit D.**

5. The Cross-Complaint filed on May 24, 2019, by Defendant Francis Wang in Napa County Superior Court Case No. 19CV000286, *Martha Kongsgaard v. Francis Wang, et al.* A true and correct copy of which is attached as **Exhibit E.**

6. The Answer filed on May 30, 2019, by Defendant Francis Wang in Napa County Superior Court Case No. 19CV000286, *Martha Kongsgaard v. Francis Wang, et al.* A true and correct copy of which is attached as **Exhibit F.**

7. The Complaint filed on February 27, 2019 by Plaintiff Francis Wang in Napa County Superior Court Case No. 19CV000342, *Francis Wang, et al. v. Peter Peletta.* A true and correct copy of which is attached as **Exhibit G.**

8. The Cross-Complaint filed on April 24, 2019, by Defendant Peter Brian Peletta in Napa County Superior Court Case No. 19CV000342, *Francis Wang, et al. v. Peter Peletta.* A true and correct copy of which is attached as **Exhibit H.**

9. The Answer filed on April 24, 2019 by Plaintiff Francis Wang in Napa County Superior Court Case No. 19CV000342, *Francis Wang, et al. v. Peter Peletta.* A true and correct copy of which is attached as **Exhibit I.**

10. The Napa County Superior Court Case No. 19CV000342, *Francis Wang, et al. v. Peter Peletta* order issued on September 3, 2020, sanctioning Francis Wang for abuse of the discovery process in the amount of $1,810. A true and correct copy of which is attached as **Exhibit J.**

11. The parties' joint status report to this Court filed on November 13, 2019, submitted by Plaintiff Francis Wang. A true and correct copy of which is attached as **Exhibit K.**

12. The parties' joint status report to this Court filed on September 1, 2020, submitted by Plaintiff Francis Wang. A true and correct copy of which is attached as **Exhibit L.**

13. Defendant Francis Wangs' Motion for Leave to Amend his Cross-Complaint and proposed First Amended Cross-Complaint in Napa County Superior Court, Case No. 19CV000286, *Martha Kongsgaard v. Francis Wang, et al.* filed on October 7, 2020. A true and correct copy of which is attached as **Exhibit M.**

14. Plaintiff Francis Wangs' Stiplulation and Order Thereon Allowing Plaintiff to File First Amended Complaint Without Motion filed on August 10, 2020 in Napa County Superior Court Case No. 19CV000342, *Francis Wang, et al. v. Peter Peletta.* A true and correct copy of which is attached as **Exhibit N.**

15. Plaintiff Francis Wangs' First Amended Complaint filed on August 28, 2020, in Napa County Superior Court Case No. 19CV000342, *Francis Wang, et al. v. Peter Peletta.* A true and correct copy of which is attached as **Exhibit O.**

16. The Notice of Citation issued by Napa County dated November 29, 2018, for 550 Stonecrest Drive. A true and correct copy of which is attached as **Exhibit P.**

17. The Notice of Citation issued by Napa County dated November 29, 2018, for 460 Stonecrest Drive. A true and correct copy of which is attached as **Exhibit Q.**

///
///
///
///
///
///

18. The Notice of Citation issues by Napa County dated November 29, 2018, for 440 Stonecrest Drive. A true and correct copy of which is attached as **Exhibit R.**

Dated: October 14, 2020                    CLARK HILL LLP

By   */s/ Timothy M. Flaherty*
    Timothy M. Flaherty
    Melissa M. Palozola
    Attorneys for Defendant,
    Martha Kongsgaard, individually and as
    Trustee of the Martha Kongsgaard
    GST Exempt Trust U/T/A dated
    October 23, 1993

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on October 14, 2020 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                            */s/ Lydia M. Brown*
                                                            Lydia M. Brown

5    Case No: 3:19-CV-00907 AGT

REQUEST FOR JUDICIAL NOTICE OF ADJUDICATIVE FACTS ISO DEFT M. KONGSGAARD'S OPP TO PLTFF'S MOTION FOR LEAVE TO AMEND/SUPPLEMENT COMPLAINT ANDTERMINATE STAY OF PROCEEDING
ClarkHill\95723\337046\260982022.v1-10/14/20