1  TIMOTHY M. FLAHERTY (SBN 99666)
   MELISSA M. PALOZOLA (SBN 278858)
2  CLARK HILL LLP
   One Embarcadero Center, Suite 400
3  San Francisco, CA 94111
   Telephone:    (415) 984-8500
4  Facsimile:    (415) 984-8599
   Email:  TFlaghtery@clarkhill.com
5  Email:  MPalozola@clarkhill.com

6  Attorneys for Defendant
   MARTHA KONGSGAARD, individually
7  and as Trustee of The Martha Kongsgaard
   GST Exempt Trust U/T/A dated October 21, 1993
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust, | Case No. 3:19-cv-00907-AGT
13 | | **[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND TO TERMINATE STAY OF PROCEEDINGS**
14 | Plaintiff, |
15 | v. |
16 | MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993 | Date:    November 6, 2020
   | | Time:    10:00 a.m.
17 | | Courtroom  A
   | | Judge:    Hon. Alex Tse
18 | Defendant. |

---

**[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND TO TERMINATE STAY OF PROCEEDINGS**

CASE NO. 3:19-CV-00907-AGT

ClarkHill\95723\260944078.v1

This matter came on regularly for hearing at 10:00 a.m. on November 6, 2020, in Courtroom A of the above-mentioned United States District Court, Northern Division the Honorable Alex Tse presiding. Melissa M. Palozola appeared for Plaintiff/Cross-Defendant MARTHA KONGSGAARD ("Kongsgaard"). Gregory Ryken appeared on behalf of Defendants FRANCIS WANG, individually and as Trustee of WFT-TNG TRUST and LAURA YOUNG ("Defendants").

The Court, having reviewed the motion and the response, hereby **ORDERS** that Defendants/Cross-Complainants Francis Wang and Laura Young's Motion for Leave to Amend and Supplement Complaint is **DENIED**.

Dated: _____
HON. ALEX TSE

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed *via* CM/ECF on October 14, 2020 and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                 */s/ Lydia M. Brown*
                                                 Lydia M. Brown

3

**[PROPOSED] ORDER DENYING MOTION FOR LEAVE TO AMEND AND SUPPLEMENT COMPLAINT AND TO TERMINATE STAY OF PROCEEDINGS**
CASE NO.  3:19-CV-00907-AGT

ClarkHill\95723\260944078.v1