## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS WANG, individually and as Trustee of WFT-TNG, a California Trust, and LAURA YOUNG, individually and as Trustee of WFT-TNG, a California Trust<br><br>      Plaintiffs,<br><br>               v.<br><br>MARTHA KONGSGAARD, individually and as Trustee of The Martha Kongsgaard GST Exempt Trust U/T/A dated October 21, 1993, PETER GOLDMAN, ALBERT F. CZAP, and BRIAN PELETTA,<br><br>      Defendants. | Civil Action No. 3:19-cv-00907-AGT |

## SUMMONS IN A CIVIL ACTION

To: (*Defendant's name and address*)     Albert Czap, 600 Stonecrest Drive, Napa, CA 94558

       A lawsuit has been filed against you.

       Within 21 days after the stay is lifted in this case, and after service of this summons on you — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Christopher Nedeau
                                     Law Offices of Gregory J. Ryken
                                     750 Battery Street, Seventh Floor
                                     San Francisco, CA 94111

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: _January 8, 2021_____     *Gina Agustine*   Gina Agustine
                                             *Signature of Clerk or Deputy Clerk*