UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS WANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARTHA KONGSGAARD, et al.,<br><br>    Defendants. | Case No. 19-cv-00907-AGT<br><br>**ORDER RE: CONSENT** |

When Magistrate Judge Laporte stayed this case, the case was between plaintiff Francis Wang and defendant Martha Kongsgaard. *See* Dkt. 1, 29. Wang and Kongsgaard both consented to magistrate-judge jurisdiction. *See* Dkt. 11, 13.

After Judge Laporte retired and the case was reassigned, the undersigned allowed Wang to amend his complaint. *See* Dkt. 44. Through amendment, Wang added as parties plaintiff Laura Young and defendants Peter Goldman, Albert Czap, and Brian Peletta. *See* Dkt. 45. With the exception of Wang's motion for leave to amend, the undersigned kept the stay in place; and the parties agreed that the new defendants wouldn't be required to respond to the amended complaint until the stay was lifted. *See* Dkt. 44, 48, 51, 53.

A status conference earlier this year brought to the undersigned's attention the fact that after Wang amended his complaint, the new parties neither consented to, nor declined to consent to, magistrate-judge jurisdiction. Because of the stay, that fact hasn't impeded further proceedings. But at some point it may be appropriate to lift the stay, at least as to non-settling parties. *See* Dkt. 73 (informing the Court of a conditional settlement between the plaintiffs and defendants Kongsgaard and Goldman, but not between the plaintiffs and defendants Czap and Peletta). The undersigned, then, will take this moment to do a bit of housekeeping. The parties who have yet to consent to magistrate-judge jurisdiction (Young, Goldman, Czap, and Peletta) must each fill out and

file a copy of the consent/declination form attached to this order. If the consent of all parties isn't obtained by April 4, 2022, the undersigned will request that the Clerk of the Court reassign the case to a district judge. Defendant Czap has yet to enter an appearance, specially or otherwise, so the plaintiffs are directed to serve a copy of this order on him, by any means reasonably calculated to provide actual notice, and to file proof of service.

**IT IS SO ORDERED.**

Dated: March 22, 2022

ALEX G. TSE
United States Magistrate Judge