# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 26, 2023 | **Time:** 13 minutes<br>2:00 p.m. to 2:13 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 19-cv-00907-WHO | **Case Name:** Wang v. Kongsgaard | |

**Attorneys for Plaintiffs:**　　　　Jason M. Skaggs and Anna St. John
**Attorney for Defendant Czap:**　　Robert Epstein appearing for Robert C. Holtzapple
**Attorney for Defendant Peletta:**　Michael E. Myers

and Michael E. Myers

**Deputy Clerk:** Jean Davis　　　　　　　　**Court Reporter:** Stephen Franklin

## PROCEEDINGS

Case Management Conference conducted via videoconference. Counsel for defendant Peletta not present. Status of state court litigation involving Mr. Peletta and Mr. Czap discussed. Initial disclosures have been made in compliance with the Court's previous order. The stay will remain in place, but plaintiff may file a motion to lift the stay or request an additional case management conference if either action should prove appropriate prior to the next conference.

**Further Case Management Conference set for May 28, 2024 at 2:00 p.m. Joint case management statement due May 21, 2024.**