UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** December 3, 2024 | **Time:** 9 minutes<br>2:00 p.m. to 2:09 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.**: 19-cv-00907-WHO<br>24-cv-02461-WHO | **Case Name:** Wang v. Kongsgaard | |

**Attorneys for Plaintiff:**   Jason M. Skaggs and Anna St. John
**Attorney for Czap:**   Robert C. Holtzapple
**Attorney for Peletta:**   Michael E. Myers and Sunny Gill

**Deputy Clerk:** Jean Davis                   **Court Reporter:** Kendra Steppler

### PROCEEDINGS

Case Management Conference conducted via videoconference. The Court confirms the status and schedules of the related state cases.

Case No. 19-907 will remain STAYED until further order of the court, except that the parties should attempt to resolve the dispute over the initial damages disclosure by plaintiffs.

Counsel should also exchange initial disclosures in Case No. 24cv2461 within 30 days. Following that exchange Case No. 24cv2461 will be STAYED.

The parties suggest an August Case Management Conference after completion of the trial in the Kongsgaard Phase 3 matter.  If appropriate, in the Joint Case Management Statement the parties shall present proposals on consolidating the two currently stayed federal actions, as well as a case and trial schedule.

The parties are urged to attempt to resolve all of the matters.

**Further Case Management Conference set for August 19, 2025, at 2:00 p.m.**  Joint case management statement due August 12, 2025.