AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Francis Wang

Plaintiff(s),

v.

Martha Kongsgaard, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:19-cv-00907-WHO

Notice is hereby given that, subject to approval by the court, __Albert Czap__ substitutes (Party (s) Name)

__Kory L. Phillips; Randolph Greenwald__, State Bar No. __192767;270564__ as counsel of record in
(Name of New Attorney)

place of __Robert C. Holtzapple, Epstein Holtzapple Christo, LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: CLAPP MORONEY VUCINICH BEEMAN + SCHELEY

Address: 5860 Owens Drive, Suite 410

Telephone: (925) 734-0990    Facsimile (925) 734-0888

E-Mail (Optional): kphillips@clappmoroney.com; rgreenwald@clappmoroney.com

I consent to the above substitution.

Date: 8/18/25

(Signature of Party (s)) Albert Czap

I consent to being substituted.

Date: 8/12/2025

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: August 18, 2025,

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]